**Order filed, November 5, 2012.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-00817-CR
_____

**JAIRO FRANCISCO LOPEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Co Crim Ct at Law No 13
Harris County, Texas
Trial Court Cause No. 1803236**

## ORDER

The reporter's record in this case was due **September 24, 2012**, 2012. *See* Tex. R. App. P. 35.1. On September 26, 2012, this court ordered the court reporter to file the record within 30 days. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Deanne Bridwell**, the official court reporter, to file the record in this appeal **within 30 days** of the date of this order. No further extension will be entertained absent exceptional circumstances. If **Deanne Bridwell** does not timely file the record as

ordered, we will issue a show cause order directing the court reporter to appear before this court on a date certain to show cause why the reporter should not be held in contempt for failing to file the record as ordered. Contempt of court is punishable by a fine and/or confinement in jail.


PER CURIAM